IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | |
| USA | Case No. 20-CR-20164 JTF/atc |
| v. | **Filed Under Seal** |
| RODERCUS FREEMAN | |

**MOTION TO SEAL AFFIDAVIT
IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Tony Arvin, Assistant United States Attorney, and respectfully moves this Honorable Court to order the Affidavit of Complaint and all accompanying documents filed in the above-referenced matter to be sealed until further Order by the court. This matter involves an on-going criminal investigation and premature disclosure of facts contained within the Affidavit of Complaint could adversely affect or otherwise jeopardize said investigation.

    Respectfully submitted,

    D. MICHAEL DUNAVANT
    United States Attorney

By:    *s/ Tony Arvin*
       TONY ARVIN
       Assistant United States Attorney
       167 N. Main, Suite 800
       Memphis, TN 38103
       901-544-4231