AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America )
v. )
RODERCUS FREEMAN )   Case No.   20-CR-20164 JTF/atc
)
)
)
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  08/04/18, 08/17/18 and 08/31/18  in the county of   Shelby   in the
  Western   District of   Tennessee  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Edwards, FBI-Safe Streets Task Force
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date:   8 September 2020                              /s/ Charmiane G. Claxton
                                                      Judge's signature

City and state:    MEMPHIS, TENNESSEE            CHAMIANE G. CLAXTON, U.S. Magistrate Judge
                                                      Printed name and title